**In re: Eddie Thomas JACKSON, Petitioner.**

No. 04–6337.

United States Court of Appeals, Fourth Circuit.

Submitted March 12, 2004.

Decided April 6, 2004.

Eddie Thomas Jackson, Petitioner pro se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Eddie Thomas Jackson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court recently denied his § 2255 motion. *See United States v. Jackson*, Nos. CR–00–607, CA–02–4170–12–4 (D.S.C. Mar. 4, 2004). While we grant Jackson's motion for leave to proceed in forma pauperis, we deny the mandamus petition as moot because the district court has recently decided the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*